**DISMISS; Opinion Filed December 17, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00495-CV

**JIMMY DUNN, Appellant**
**V.**
**DEUTSCHE BANK NATIONAL TRUST CO., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-1300762-e**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Evans

The clerk's record in this case is overdue. By letter dated July 11, 2013, we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 37.3(b).


/s/ David Evans
DAVID EVANS
JUSTICE


130495F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JIMMY DUNN, Appellant

No. 05-13-00495-CV     V.

DEUTSCHE BANK NATIONAL TRUST
CO., Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-1300762-e.
Opinion delivered by Justice Evans.
Justices Moseley and Bridges participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DEUTSCHE BANK NATIONAL TRUST CO. recover its costs of this appeal from appellant JIMMY DUNN.

Judgment entered this 17th day of December, 2013.

/David Evans/
DAVID EVANS
JUSTICE